UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:      ALVIN DELANO LEWIS, II
            A/K/A ALVIN D. LEWIS

            Debtors,

                                                            Case No.: 07-34122-KRH
                                                            Chapter 13
            GMAC LLC

            Plaintiff,

v.

            ALVIN DELANO LEWIS, II
            CARL M. BATES, ESQUIRE

            Defendants.


**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

THIS CAUSE came to be heard upon the Motion for Relief from the Automatic Stay filed herein by GMAC LLC ("GMAC");

WHEREUPON, it appearing to the Court that the debtor-defendants are in default in payments under the contract with GMAC relative to a 2006 Chevrolet Silverado, VIN 2GCEK19B561113515;

WHEREUPON, it appearing to the Court that on March 5, 2008, the debtor, his counsel and the Trustee did not provide any defense in this matter; it is, therefore

Carl A. Eason, Esquire
Counsel for GMAC
Wolcott Rivers Gates
One Columbus Center, Suite1100
Virginia Beach, Virginia 23462
(757) 497-6633
VSB# 18636

ORDERED that GMAC is granted relief from the automatic stay of the Bankruptcy Code with respect to the aforesaid vehicle;

It is further ORDERED that the ten (10) day period provided for in Rule 4001(a)(3) of the Bankruptcy Rules be, and hereby is, waived, and such relief from stay shall become effective immediately upon entry of this Order;

It is further ORDERED that GMAC shall file an amended Proof of Claim subsequent to the sale of the vehicle involved herein;

It is further ORDERED that this Order shall survive any conversion of the case;

Copies of this Order shall be mailed or electronically transmitted to Carl A. Eason, One Columbus Center, Suite 1100, Virginia Beach, Virginia 23462, counsel for GMAC; Jason Meyer Krumbein, Esquire, 1650 Willow Lawn Drive, Suite 300, Richmond, VA 23230, counsel for debtor, to Carl M. Bates, Esquire, P.O. Box 1819, Richmond, VA 23218, and to the debtor, 3408 Eagles Roost Road, Richmond, VA 23223.

                              ENTER:

                              _____
                                     JUDGE

                              Notice of Judgement or Order
                              Entered _____

I ask for this:

     /s/ Carl A. Eason
Carl A. Eason, Esquire
Counsel for GMAC
One Columbus Center, Suite 1100
Virginia Beach, VA 23462

CERTIFICATION OF SERVICE

      I hereby certify that on the 6th day of March, 2008, a true copy of the foregoing Order was mailed to all necessary parties, which include Jason Meyer Krumbein, Esquire, 1650 Willow Lawn Drive, Suite 300, Richmond, VA, 23230, counsel for debtor, Carl M. Bates, Esquire, P.O. Box 1819, Richmond, VA, 23218, and the debtors, 3408 Eagles Roost Road, Richmond, VA, 23223.

                                            /s/ Carl A. Eason